UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LINDA TAGGERT                                                          PLAINTIFF

V.                                                   Civil Action No. 1:16cv179-GHD-DAS

FCA US LLC formerly known as
CHRYSLER GROUP LLC;
SAM STEVENS MOTORS INC;
JOHN DOES 1-10;
JANE DOES 1-10;
XYZ CORPORATION                                                      DEFENDANTS

## ORDER GRANTING FCA US'S MOTION FOR SUMMARY JUDGMENT AND SAM STEVENS MOTOR, INC.'S MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant FCA US LLC's motion for summary judgment [Doc. No. 41] is GRANTED. The plaintiff's claims against FCA US LLC are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant Sam Stevens Motors Inc.'s motion to dismiss [Doc No. 43] is GRANTED. The plaintiff's claims against Sam Stevens Motors Inc. are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this case is CLOSED.

SO ORDERED, this, the 18th day of January, 2018.

_____
SENIOR U.S. DISTRICT JUDGE